The Hon. Rosanna Malouf Peterson

PATRICK J. KIRBY, WSBA #24097
**PATRICK J. KIRBY ATTORNEY AT LAW, PLLC**
421 W. Riverside Avenue, Suite 802
Spokane, Washington 99201
Telephone: (509) 835-1200
Facsimile: (509) 835-1234

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELISHA L. LANDBERG, a single woman, | Case No. CV-10-00355-RMP |
| Plaintiff, | **STIPULATED PROTECTIVE ORDER CONCERNING CONFIDENTIAL INFORMATION** |
| vs. | |
| RU HUNGRY, LLC, a Delaware limited liability company; and CHRISTINA BELL, a married woman, | |
| Defendants. | |

The parties, by and through their respective counsel, stipulate to the entry of this Protective Order Concerning Confidential Information, as follows:

1. This Protective Order shall apply to all documents, materials, and information, including without limitation, documents produced, answers to

STIPULATED PROTECTIVE ORDER
CONCERNING CONFIDENTIAL
INFORMATION - 1

PATRICKJKIRBY
LAW OFFICE PLLC
421 Riverside Avenue, Suite 802
Spokane, WA 99201
509.835.1200 (Phone) • 509.835.1234 (Facsimile)

interrogatories, responses to requests for admission, deposition testimony, and other information disclosed pursuant to the disclosure or discovery duties created by the Federal Rules of Civil Procedure and designated as "CONFIDENTIAL" pursuant to the terms of this Protective Order.

2. As used in this Protective Order, "document" is defined as provided in Fed. R. Civ. P. 34(a). A draft or non-identical copy is a separate document within the meaning of this term.

3. "CONFIDENTIAL" information covered under the terms of this Protective Order shall include documents, materials and/or information produced by Plaintiff Elisha Landberg ("Plaintiff") and/or Defendants RU Hungry, LLC and/or Christina Bill ("Defendants"), or any of Plaintiff's or Defendants' agents or representatives, when designated as "CONFIDENTIAL" and relate to the following subjects: (a) information or documents concerning current or former employees of RU Hungry (including Plaintiff), including personnel or personnel-related documents or internal memoranda including but not limited to rates of pay, earnings, performance evaluations, discipline, complaints, investigations and statements related to the same; (b) information or documents concerning business, customer or financial documents, information, research, development, strategic or commercial information, proprietary information, processes, information related to current, future and proposed products and pricing of the

STIPULATED PROTECTIVE ORDER
CONCERNING CONFIDENTIAL
INFORMATION - 2


PATRICK J KIRBY
LAW OFFICE PLLC
421 Riverside Avenue, Suite 802
Spokane, WA 99201
509.835.1200 (Phone) * 509.835.1234 (Facsimile)

same, information concerning research, experimental work, financial information including profit and loss statements, business and contractual relationships, contracts, business forecasts, and merchandising and marketing plans which RU Hungry contends is proprietary, confidential or trade secret; and (c) information or documents obtained through releases produced by Plaintiff, concerning individual medical, employment, personal identification, financial and/or tax records, when designated as "CONFIDENTIAL."

4. CONFIDENTIAL information shall not be disclosed or used for any purpose except the preparation, defense, and trial of this case.

5. CONFIDENTIAL information shall not, without the consent of the party producing it or further Order of the Court, be disclosed except that such information may be disclosed to:

(a) attorneys actively working on this case;

(b) persons regularly employed or associated with the attorneys actively working on the case whose assistance is required by said attorneys in the preparation for trial, at trial, or at other proceedings in this case;

(c) the parties and designated representatives for the entity defendant;

STIPULATED PROTECTIVE ORDER
CONCERNING CONFIDENTIAL
INFORMATION - 3



PATRICK J KIRBY
LAW OFFICE PLLC
421 Riverside Avenue, Suite 802
Spokane, WA 99201
509.835.1200 (Phone) * 509.835.1234 (Facsimile)

(d) expert witnesses and consultants retained in connection with this proceeding, to the extent such disclosure is necessary for preparation, trial or other proceedings in this case;

(e) the Court and its employees ("Court Personnel");

(f) stenographic reporters who are engaged in proceedings necessarily incident to the conduct of this action;

(g) deponents, witnesses, or potential witnesses; and

(h) other persons by written agreement of the parties.

6. Documents are designated as CONFIDENTIAL by placing or affixing on them (in a manner that will not interfere with their legibility) or otherwise designating as CONFIDENTIAL in clear and inconspicuous manner the following or other appropriate notice: "CONFIDENTIAL." All medical, employment, and other records received by Defense counsel pursuant to any Release Authorization signed by Plaintiff shall be stamped and marked by Defense Counsel and treated as "CONFIDENTIAL" without Plaintiff's counsel or the record custodian first affixing the "CONFIDENTIAL" designation.

7. All depositions shall be treated as CONFIDENTIAL until expiration of thirty (30) days after the deposition. Whenever a deposition involves the disclosure of CONFIDENTIAL information, the deposition or portions thereof shall be designated as CONFIDENTIAL and shall be subject to the provisions of

STIPULATED PROTECTIVE ORDER
CONCERNING CONFIDENTIAL
INFORMATION - 4

PATRICK J KIRBY
LAW OFFICE PLLC
421 Riverside Avenue, Suite 802
Spokane, WA 99201
509.835.1200 (Phone) • 509.835.1234 (Facsimile)

this Protective Order. Such designation shall be made on the record during the deposition whenever possible, but a party may designate portions of depositions as CONFIDENTIAL after transcription, provided written notice of the designation is promptly given to all counsel of record within thirty (30) days after receipt of the deposition transcript.

8. A Party that elects to initiate a challenge to a party's confidentiality designation must do so in good faith and must begin the process by written notice to the party designating the disputed information. The written notice shall identify the information to which the objection is made and explain the basis for its belief that the confidentiality designation was not proper and must give the Designating Party an opportunity to review the designated material, to reconsider the circumstances, and, if no change in designation is offered, to explain the basis for the chosen designation. If the parties cannot resolve the dispute within ten (10) business days after the time the notice is received, either party may then seek judicial intervention regarding the confidentiality of a document.

9. Within sixty (60) days of the conclusion of this case, unless other arrangements are agreed upon, each document and all copies thereof which have been designated as CONFIDENTIAL shall be returned to the party that designated it CONFIDENTIAL, or the parties may elect to destroy CONFIDENTIAL documents. Where the parties agree to destroy

STIPULATED PROTECTIVE ORDER
CONCERNING CONFIDENTIAL
INFORMATION - 5



PATRICK J KIRBY
LAW OFFICE PLLC
421 Riverside Avenue, Suite 802
Spokane, WA 99201
509.835.1200 (Phone) * 509.835.1234 (Facsimile)

1  CONFIDENTIAL documents, the destroying party shall provide all parties with a
2  written notice confirming the destruction. Notwithstanding this provision,
3  Counsel are entitled to retain an archival copy of all pleadings, motion papers,
4  transcripts, legal memoranda, and/or correspondence even if such materials
5  contain CONFIDENTIAL information. Any such archival copies that contain or
6  constitute CONFIDENTIAL information remain subject to this Protective Order.
7  
8      10.   This Order may not be modified by agreement of the parties without
9  the Court's signature of approval. Notwithstanding, nothing in this Order
10 abridges the right of any person to seek its modification by the Court in the
11 future.
12     11.   This Protective Order may be modified by the Court at any time
13 following notice to all parties and an opportunity for them to be heard.
14     STIPULATED TO AND APPROVED AS TO FORM this 22nd day of
15 February, 2011.
16 
17                        PATRICK J. KIRBY, Attorney At Law, PLLC
18 
19                        _____
                         PATRICK J. KIRBY, WSBA #24097
20                       Attorney for Plaintiff Elisha L. Landberg
                         421 W. Riverside Avenue, Suite 802
21                       Spokane, Washington 99201
                         Telephone: (509) 835-1200
22                       Facsimile: (509) 835-1234
23                       Email: pkirby@pkirbylaw.com

24 STIPULATED PROTECTIVE ORDER
25 CONCERNING CONFIDENTIAL
   INFORMATION - 6



421 Riverside Avenue, Suite 802
Spokane, WA 99201
509.835.1200 (Phone) * 509.835.1234 (Facsimile)

**STOEL RIVES LLP**

By: /s/ Elena C. Burt (approved via e-mail)
James M. Shore, WSBA No. 28095
jmshore@stoel.com
Elena C. Burt, WSBA No. 38836
ecburt@stoel.com
*Attorneys for Defendants RU Hungry, LLC and Christina Bill*
600 University Street, Suite 3600
Seattle, WA 98101
(206) 624-0900 Phone
(206) 386-7500 Fax

DONE AND ORDERED this 23th day of February, 2011.

*[signature]*
HON. ROSANNA MALOUF PETERSON
UNITED STATES JUDGE

Data\0105\Proposed.ProtOrder.022211

STIPULATED PROTECTIVE ORDER
CONCERNING CONFIDENTIAL
INFORMATION - 7

PATRICK J KIRBY
LAW OFFICE PLLC
421 Riverside Avenue, Suite 802
Spokane, WA 99201
509.835.1200 (Phone) • 509.835.1234 (Facsimile)